JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BARKER, | ) | CASE NO. CV 15-2963-RSWL (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| TIM PEREZ, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    4/27/2015

RONALD S.W. LEW<br>
RONALD S. W. LEW<br>
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\CV 15-2963 Judgment (194).wpd